IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS J. RIVERA MAYSONET, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 18-2260 |
| | : | |
| v. | : | |
| | : | |
| TAMMY S. FERGUSON, THE DISTRICT ATTORNEY OF THE COUNTY OF LEHIGH, and THE ATTORNEY GENERAL OF THE STATE OF JOSH SHAPIRO, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 11th day of February, 2019, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by the *pro se* petitioner, Carlos J. Rivera Maysonet (Doc. No. 1), the respondents' response in opposition to the habeas petition (Doc. No. 5), and the state court record and the publicly available docket entries; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED**;

2. There is no cause for issuance of a certificate of appealability; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.